# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 9:20-CV-80051-KAM

Plaintiff:
**NELSON FERNANDEZ**

vs.

Defendant:
**VICTORIA'S SECRET STORES, LLC d/b/a VICTORIA'S SECRET, a foreign limited liability Company**

For:
Pelayo M. Duran, Esq.
LAW OFFICE OF PELAYO DURAN, P.A.
4640 N.W. 7th Street
Miami, FL 33126

Received by CIVIL PROCESS, LLC on the 17th day of January, 2020 at 4:00 pm to be served on **Victoria's Secret Stores, Llc D/B/A Victoria's Secret, A Foreign Limited Liability Company, Registered Agent: CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.**

I, Francisco Colon, do hereby affirm that on the **21st day of January, 2020** at **2:05 pm**, I:

**SERVED the within named CORPORATION,** by delivering a **SUMMONS IN A CIVIL ACTION, COMPLAINT, COMPOSITE EXHIBIT A, EXHIBIT B and PRESERVATION LETTER,** with the date and hour of service endorsed thereon by me to **Donna Moch** as **S.O.P. Section Head** at 1200 South Pine Island Road, Plantation, FL 33324 in compliance with Florida Statutes

I certify that I have no interest in the above styled action; I am over the age of eighteen (18) years, and have proper authority to serve legal process in the jurisdiction in which this service was made. No Notary Required Pursuant To F.S. 92.525(2)

Francisco Colon
S.A.P.S. #593

CIVIL PROCESS, LLC
7350 N.W. 77th Street
Medley, FL 33166
(305) 375-9111

Our Job Serial Number: CPP-2020000039
Ref: Fernandez v. Victoria's Secret Stores, L

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n